## Dorothy Garrett, Appellee, v. National Tea Co., Appellant.

Gen. No. 47,049.

First District, First Division.

March 12, 1957.

Released for publication May 2, 1957.

Kirkland, Fleming, Green, Martin & Ellis, for defendant-appellant, David Jacker, Thomas D. Allen, and John J. Edman, of counsel; Williams & Leonard, for appellee, John L. Roach, of counsel. Opinion by JUDGE BURKE. **Not to be published in full.**